UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br><br>LINDA L. GARMONG,<br><br>Debtor. | Bankr. Case No.: BK-N-10-52588-gwz<br><br>Adv. Case No.: 17-05043-gwz<br><br>Dist. Ct. Case No. 3:19-cv-00490-MMD |
| GREGORY GARMONG,<br><br>Plaintiff,<br><br>vs.<br><br>MAUPIN, COX & LEGOY, a Nevada professional corporation; DOES 1-10, inclusive,<br><br>Defendants. | **ORDER EXTENDING BRIEFING SCHEDULE AND ORDER EXTENDING BRIEFING SCHEDULE** |
| GREGORY GARMONG,<br><br>Appellant,<br><br>vs.<br><br>MAUPIN, COX & LEGOY, a Nevada professional corporation; DOES 1-10, inclusive,<br><br>Appellee. | |

Appellant Gregory Garmong ("Mr. Garmong"), by and through his counsel, Carl M. Hebert, and Appellee Maupin, Cox & LeGoy (the "MCL Firm" ), by and through its counsel,

McDonald Carano LLP, hereby stipulate and request an Order extending the briefing schedule set by Minute Order of this Court on October 23, 2019 (the "Briefing Schedule"). In support of this Stipulation, Mr. Garmong and the MCL Firm agree and represent as follows:

1. Mr. Garmong's has appealed multiple orders entered by the United States Bankruptcy Court for the District of Nevada, including the Bankruptcy Court's *Order on Motion to Enforce Order Approving Withdrawal of Counsel and Settlement Terms Placed Upon the Record and Motion for Damages* (the "Enforcement Order") entered on July 30, 2019 (the "Appeal").

2. The Enforcement Order directed the MCL Firm to prepare a separate judgment dismissing Adversary Proceeding 17-05043-gwz with prejudice. The MCL firm did so, and the Judgment was entered on August 26, 2019.

3. The Enforcement Order also provided that the Court would consider the MCL Firm's Motion for Damages, and it directed the MCL Firm to file a motion for attorney's fees.

4. In accordance with the Enforcement Order, the MCL Firm filed its Supplement to Motion for Damages (the "Motion for Damages") on September 9, 2019 and scheduled the motion for hearing on October 29, 2019.

5. Mr. Garmong's counsel had a conflict on October 29, and the MCL Firm agreed to vacate the hearing on the Motion for Damages. The hearing has not been rescheduled.

6. The MCL Firm and Mr. Garmong have been discussing the appropriate timing for hearing on the Motion for Damages since the Motion for Damages potentially impacts the issues on appeal, and they have agreed to defer the hearing on the Motion for Damages. A copy of the Stipulation they have agreed to file with the Bankruptcy Court is attached hereto as Exhibit A.

7. At this time, the parties do not know whether their appellate briefs, in the interest of economy of time and expense, will include any appellate issues surrounding an award of damages to the MCL Firm because they do not yet know whether the Motion for Damages will be deferred or set for hearing. Mr. Garmong has also raised constitutional issues in his lower court briefing which require additional time to research and brief. Accordingly, Mr. Garmong and the MCL Firm have agreed to extend the Briefing Schedule as set forth herein.

Mr. Garmong and the MCL Firm, therefore, stipulate and request an order as follows:

1. Mr. Garmong's time to file/serve an opening brief shall be and hereby is extended until December 23, 2019, which is the first business day forty-five days after the date Mr. Garmong's opening brief is due under the Briefing Schedule.

2. The MCL Firm's time to file/serve an answering brief shall be and hereby is extended until February 6, 2020, which is forty-five days after Mr. Garmong's opening brief is due.

3. Mr. Garmong's time to file/serve a final reply brief shall be and hereby is extended for fourteen (14) days after the MCL Firm files its answering brief.

**IT IS SO STIPULATED.**

DATED this 4th day of November , 2019.

McDONALD CARANO LLP

| /s/ Carl M. Hebert | By | /s/ Sallie B. Armstrong |
|---|---|---|
| Carl M. Hebert, Esq. (NSB 250) | | Matthew C. Addison, Esq. (NSB 4201) |
| 202 California Avenue | | Sallie B. Armstrong, Esq. (NSB 1243) |
| Reno, NV 89509 | | 100 W. Liberty Street, Tenth Floor |
| Telephone: (775) 323-5556 | | Reno, NV 89501 |
| Facsimile: (775) 323-5597 | | Telephone: (775) 788-2000 |
| carl@cmhebertlaw.com | | Facsimile: (775) 788-2020 |
| | | maddison@mcdonaldcarano.com |
| | | sarmstrong@mcdonaldcarano.com |
| *Attorney for Plaintiff Gregory Garmong* | | *Attorneys for Defendant Maupin, Cox & LeGoy* |

**IT IS SO ORDERED.**

DATED Nunc Pro Tunc this 4th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

4811-7695-7355, v. 3

# EXHIBIT "A"

# EXHIBIT "A"

Matthew C. Addison, Esq. (NSB 4201)
Sallie B. Armstrong, Esq. (NSB 1243)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile:  (775) 788-2020
maddison@mcdonaldcarano.com
sarmstrong@mcdonaldcarano.com

*Electronically filed November 4, 2019*

*Attorneys for Defendant*
*Maupin, Cox & LeGoy*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br><br>LINDA L. GARMONG,<br><br>Debtor. | Bankr. Case No.: BK-N-10-52588-gwz<br><br>Adv. Case No.: 17-05043-gwz |
| GREGORY GARMONG,<br><br>Plaintiff,<br><br>vs.<br><br>MAUPIN, COX & LEGOY, a Nevada professional corporation; DOES 1-10, inclusive,<br><br>Defendants. | **STIPULATION DEFERRING HEARING ON SUPPLEMENT TO MOTION FOR DAMAGES**<br><br>(No Hearing Required) |

Gregory Garmong ("Mr. Garmong"), by and through his counsel, Carl M. Hebert, and Maupin, Cox & LeGoy (the "MCL Firm" ), by and through its counsel, McDonald Carano LLP, hereby stipulate and request an Order in the form attached hereto as Exhibit A deferring the hearing on the MCL Firm's Motion for Damages.  In support of this Stipulation, Mr. Garmong and the MCL Firm agree and represent as follows:

1. Mr. Garmong has appealed multiple orders entered by this Court to the United States District Court, including this Court's *Order on Motion to Enforce Order Approving*

Page 1 of 3

*Withdrawal of Counsel and Settlement Terms Placed Upon the Record and Motion for Damages (*the "Enforcement Order") entered on July 30, 2019 (the "Appeal").

2. The Enforcement Order directed the MCL Firm to prepare a separate judgment dismissing Adversary Proceeding 17-05043-gwz with prejudice. The MCL firm did so, and the Judgment was entered on August 26, 2019.

3. The Enforcement Order also provided that the Court would consider the MCL Firm's Motion for Damages, and it directed the MCL Firm to file a motion for attorney's fees.

4. In accordance with the Enforcement Order, the MCL Firm filed its Supplement to Motion for Damages (the "Motion for Damages") on September 9, 2019 and scheduled the motion for hearing on October 29, 2019.

5. Mr. Garmong's counsel had a conflict on October 29 and could not attend the scheduled hearing, so the MCL Firm agreed to vacate the hearing. The hearing has not been rescheduled.

6. The MCL Firm believes it is appropriate (and, therefore, it suggested to Mr. Garmong) that the hearing on the Motion for Damages be deferred, in part because the Appeal will impact that motion in one of two ways: if the MCL Firm prevails on the Appeal, it will need to further supplement its Motion for Damages, but, if Mr. Garmong prevails on the Appeal, the Motion for Damages will be moot.

7. Mr. Garmong has agreed that the hearing on the Motion for Damages should be deferred pending resolution of the Appeal, and he has requested additionally that the hearing be deferred indefinitely until any and all appeals which may be taken from any order entered by the United States District Court have been resolved.

NOW, THEREFORE, Mr. Garmong and the MCL Firm hereby stipulate and request an order as follows:

1. The hearing on the Motion for Damages shall be and hereby is deferred indefinitely until resolution of the Appeal and the resolution of any and all appeals which may be taken from any order entered by the United States District Court.

/ / /

2. The Court will permit any and all additional claims which may hereafter arise in connection with the Motion for Damages to be filed after resolution of all appeals.

3. Nothing in this Stipulation prohibits the MCL Firm from filing any other documents in connection with its Motion for Damages that may be appropriate, requesting that this Court reset the hearing on the Motion for Damages or direct a new period for filing after the appeals have been resolved.

**IT IS SO STIPULATED.**

DATED this 4th day of November, 2019.

McDONALD CARANO LLP

| /s/ Carl M. Hebert | By /s/ Sallie B. Armstrong |
|---|---|
| Carl M. Hebert, Esq. (NSB 250) | Matthew C. Addison, Esq. (NSB 4201) |
| 202 California Avenue | Sallie B. Armstrong, Esq. (NSB 1243) |
| Reno, NV 89509 | 100 W. Liberty Street, Tenth Floor |
| Telephone: (775) 323-5556 | Reno, NV 89501 |
| Facsimile: (775) 323-5597 | Telephone: (775) 788-2000 |
| carl@cmhebertlaw.com | Facsimile: (775) 788-2020 |
| | maddison@mcdonaldcarano.com |
| | sarmstrong@mcdonaldcarano.com |
| *Attorney for Plaintiff Gregory Garmong* | *Attorneys for Defendant Maupin, Cox & LeGoy* |

4817-1508-1899, v. 1