# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>LINDA L. GARMONG,<br><br>        Debtor,<br>_____<br><br>GREGORY O. GARMONG,<br><br>        Appellant,<br><br>vs<br><br>MAUPIN, COX & LEGOY, a<br>Nevada professional corporation,<br><br>        Respondent. | 3:19-cv-00490-RCJ<br><br>BK-10-52588-gwz<br>CHAPTER 7<br><br>ADVERSARY NO: 17-05043-gwz<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF (2nd request for an initial extension)** |

Appellant Gregory O. Garmong requests that this Court grant an extension of time to file the appellant's opening brief in the above-captioned bankruptcy appeal.

## POINTS AND AUTHORITIES

This case is an appeal from orders entered in a bankruptcy adversary proceeding. A notice of appeal and statement of election was filed in the Bankruptcy Court on August 13, 2019. The appeal was referred to this Court on August 14, 2019.

By minute order dated October 23, 2019 Judge Du directed that the appellant's opening brief be filed within 14 days, which was November 6, 2019. On November 4, 2019 the parties entered into and filed a stipulation that the briefing schedule be extended for 45 days. (# 6). The reasons for the extension were stated in the stipulation, which included a pending application in the Bankruptcy Court for an award of damages (attorney's fees) and the Constitutional issues raised by the appellant in the Bankruptcy Court, which required additional time to research and brief. Under the stipulation the appellant's opening brief would have been due on December 23, 2019. Stipulation at p. 3.

On December 5, 2019 the appellant filed his opening brief and seven volumes of an appendix to the brief. Because the Court has yet to approve the stipulation to extend the briefing schedule, the appellant finds it prudent to make this request for leave to file his opening brief after the existing deadline of November 6, 2019.

## **ORDER**

IT IS HEREBY ORDERED that the Motion for Extension of Time to File Appellant's Opening Brief (ECF No. 17) is GRANTED.

IT IS FURTHER ORDERED that the MCL Firm shall file an answering brief on or before January 27, 2020.

IT IS FURTHER ORDERED that GARMONG shall file a reply brief fourteen (14) days after the MCL Firm files its answering brief.

IT IS SO ORDERED this 11th day of December, 2019.

_____

ROBERT C. JONES

- -