UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re:<br><br>LINDA L. GARMONG,<br><br>Debtor.<br>_____<br>GREGORY GARMONG,<br><br>Plaintiff,<br><br>vs.<br><br>MAUPIN, COX & LEGOY, a Nevada professional corporation; DOES 1-10, inclusive,<br><br>Defendants.<br>GREGORY GARMONG,<br><br>Appellant,<br><br>vs.<br><br>MAUPIN, COX & LEGOY, a Nevada professional corporation; DOES 1-10, inclusive,<br><br>Appellee. | Bankr. Case No.: BK-N-10-52588-gwz<br><br>Adv. Case No.: 17-05043-gwz<br><br>Dist. Ct. Case No. 3:19-cv-00490-RCJ<br><br>**ORDER EXTENDING DEADLINE TO FILE OPPOSITION TO MOTION FOR REHEARING**<br><br>**(First Request)** |

Appellant Gregory Garmong ("Mr. Garmong"), by and through his counsel, Carl M. Hebert, and Appellee Maupin, Cox & LeGoy (the "MCL Firm" ), by and through its counsel,

McDonald Carano LLP, hereby stipulate and request an Order extending the deadline for the MCL Firm to file its opposition to the *Motion for Rehearing of Order of July 14, 2020* filed by Mr. Garmong on July 24, 2020 ("Motion for Rehearing").  The opposition is due to be filed on August 7, 2020.  The MCL Firm has attorneys working remotely, but at least one of the attorneys primarily responsible for this case is expected to be back in the office on or about August 19, 2020 and anticipates it will be more efficient to review and work from the physical files, documents, notes, highlighting, and other references already made by counsel over the course of this litigation.

Therefore, Mr. Garmong and the MCL Firm have agreed that the MCL Firm may have until August 24, 2020 to file its opposition to the Motion for Rehearing, and Mr. Garmong and the MCL Firm respectfully request an order accordingly.   This is the first request for an extension of time for filing the opposition.

**IT IS SO STIPULATED.**

DATED this 7th day of August, 2020.

By: */s/ Carl M. Hebert*  
Carl M. Hebert, Esq. (NSB 250)  
202 California Avenue  
Reno, NV  89509  
Telephone: (775)323-5556  
Facsimile: (775) 323-5597  
carl@cmhebertlaw.com  
*Attorney for Gregory Garmong*

By: */s/ Sallie B. Armstrong*  
Matthew C. Addison, Esq. (NSB 4201)  
Sallie B. Armstrong, Esq. (NSB 1243)  
Chelsea Latino, Esq. (NSB 14227)  
100 W. Liberty Street, Tenth Floor  
Reno, NV  89501  
Telephone:  (775) 788-2000  
Facsimile:  (775) 788-2020  
maddison@mcdonaldcarano.com  
sarmstrong@mcdonaldcarano.com  
clatino@mcdonaldcarano.com  
*Attorneys for the MCL Firm*

**IT IS SO ORDERED.**

DATED this 11th day of August, 2020.

_____  
UNITED STATES DISTRICT JUDGE