Carl M. Hebert, Esq.
NSB #250
2215 Stone View Drive
Sparks, NV 89436
775-323-5556
carl@cmhebertlaw.com

Counsel for appellant Garmong

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re: <br><br> LINDA L. GARMONG, <br><br> Debtor. | Bankr. Case No.: BK-N-10-52588-gwz <br><br> Adv. Case No.: 17-05043-gwz <br><br> Dist. Ct. Case No. 3:19-cv-00490-MMD |
| GREGORY GARMONG, <br><br> Plaintiff, <br><br> vs. <br><br> MAUPIN, COX & LEGOY, a Nevada professional corporation; DOES 1-10, inclusive, <br><br> Defendants. | **ORDER EXTENDING DEADLINE TO FILE REPLY POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR REHEARING** <br><br> **(First request)** |
| GREGORY GARMONG, <br><br> Appellant, <br><br> vs. <br><br> MAUPIN, COX & LEGOY, a Nevada professional corporation; DOES 1-10, inclusive, <br><br> Appellee. | |

Appellant Gregory Garmong, by and through his counsel, Carl M. Hebert, and Appellee Maupin, Cox & LeGoy, by and through its counsel, McDonald Carano LLP, hereby stipulate and request an Order extending the deadline for appellant Garmong to file his reply points and authorities in support of the *Motion for Rehearing of Order of July 14, 2020* filed on July 24, 2020. The current deadline is August 31, 2020. The appellant, a retired attorney, and his

counsel collaborate closely on the research and writing of motions and other papers in this case. This has been made difficult by the short deadline (one week), the fact that appellant lives in rural Nevada without internet and the uncertain predictability of mail service during the pandemic. Therefore, the MCL Firm has agreed that Mr. Garmong may have until September 17, 2020 to file his reply points and authorities in support of his motion for rehearing of the Order of July 14, 2020 and Mr. Garmong and the MCL Firm respectfully request an order accordingly.

**IT IS SO STIPULATED.**

DATED this 27th day of August, 2020.

McDONALD CARANO LLP

By: /s/ Carl M. Hebert
Carl M. Hebert, Esq. (NSB 250)
202 California Avenue
Reno, NV 89509
Telephone: (775) 323-5556
Facsimile: (775) 323-5597
carl@cmhebertlaw.com

*Attorney for Gregory Garmong*

By: /s/ Sallie B. Armstrong
Matthew C. Addison, Esq. (NSB 4201)
Sallie B. Armstrong, Esq. (NSB 1243)
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
maddison@mcdonaldcarano.com
sarmstrong@mcdonaldcarano.com

*Attorneys for the MCL Firm*

**IT IS SO ORDERED.**

DATED this 1st day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE