**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br>LINDA L. GARMONG,<br><br>　　　　Debtor.<br>_____<br><br>GREGORY O. GARMONG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAUPIN, COX & LEGOY, a Nevada professional corporation,<br><br>　　　　Defendant. | 3:19-cv-00490-RCJ<br><br>BK-10-52588-gwz<br>CHAPTER 7<br><br>ADVERSARY NO: 17-05043-gwz<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE REPLY POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ATTORNEY'S FEES ON REMAND (ECF NO. 39)**<br><br>**(First Request)** |

The parties, through their respective undersigned counsel of record, stipulate that the plaintiff, Gregory O. Garmong ("Mr. Garmong"), may have to and including February 24, 2022 by which to file reply points and authorities in support of his *Motion for Attorney's Fees On Remand* (ECF No. 39), which was filed on January 27, 2022. The reason for this stipulation is that Mr. Garmong believes the scope of the legal and factual arguments raised in the Opposition (ECF No.

1

41) require extensive study and research, and, therefore, more time is needed. The current deadline is February 17, 2022.

DATED this 17th day of February, 2022.

/S/ Carl M. Hebert
CARL M. HEBERT, ESQ.

Counsel for Plaintiff Garmong

DATED this 17th day of February, 2022.

/S/ Sallie B. Armstrong
SALLIE B. ARMSTRONG, ESQ.

Counsel for defendant Maupin, Cox & LeGoy

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: February 18, 2022